217 So.2d 409

Edwin A. GUILLORY and
Marjorie C. Guillory

v.

M. J. CZARNIECKI, Individually and as Administrator of the Estate of his unemancipated minor son, Charley A. Czarniecki, et al.

No. 49613.

Jan. 20, 1969.

In re: State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So. 2d 122.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.